649 A.2d 433

**DELAWARE VALLEY MEDICAL CENTER, Appellant,**

v.

**Patricia NIEHAUS.**

Supreme Court of Pennsylvania.

Argued Oct. 20, 1994.

Decided Nov. 4, 1994.

Jonathan B. Sprague, Patrick K. McCoyd, Joseph J. McAlee, Philadelphia, for D.V.M.C.

Michael P. Kelly, Langhorne, for P. Niehaus.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Order of Superior Court reversed. *See Paul v. Lankenau Hospital,* 524 Pa. 90, 569 A.2d 346 (1990).

MONTEMURO, J., is sitting by designation.